**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRAYAN PEREZ CACERES,<br>Petitioner,<br>v.<br>J. JOHNSON, et al.,<br>Respondents. | Case No. ED CV 26-04186-DMG-MBK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Neither party filed objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that:

(1) Judgment be entered granting the petition for writ of habeas corpus;

(2) a writ of habeas corpus be issued requiring Petitioner Brayan Perez Caceres's (A# 246-061-135) immediate release and prohibiting his re-detention absent a hearing at which the Government shows material changed circumstances justifying his detention;

(3) Respondents are to file a status report within three (3) calendar days confirming their compliance with the Court's order; and

(4) This case is dismissed with prejudice.

DATED: August 11, 2026

DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE