**JS-6**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRAYAN PEREZ CACERES,<br>Petitioner,<br>v.<br>J. JOHNSON, et al.,<br>Respondents. | Case No. ED CV 26-04186-DMG-MBK<br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED, and this action is dismissed with prejudice.

DATED: August 11, 2026

DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE